UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


JOHN GERLEMAN AND REGINA A. GERLEMAN                                   PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv102-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                               DEFENDANTS
AND CHASE HOME FINANCE, LLC


**ORDER**

  Plaintiffs have filed a [42] Motion to Consolidate Briefing with respect to Defendant
State Farm Fire and Casualty Company's (State Farm) [39] Motion to Change Venue; and an
alternative request [43] to hold the [39] change of venue motion in abeyance.  Plaintiffs' counsel
has filed an *amicus* brief in another case (*Gemmill v. State Farm Fire and Casualty Company*,
Civil Action No. 1:06cv692), and feels that consolidation for briefing purposes with respect to
State Farm venue motions, or awaiting the outcome in *Gemmill*, will be more convenient.

  While the Court appreciates the sentiment, it is actually easier in the electronic filing age
for motions and briefs to be filed in each individual case.  The Court also understands that there
will be some repetition, but again for docket control purposes it is more efficient to maintain
orderly consideration on a case-by-case basis.  Even with potentially similar motions, there may
be variations in factual circumstances and legal issues that warrant separate attention.

  Finally, Plaintiffs' counsel's participation as *amicus* in *Gemmill* is different from the
stakes he holds in the instant cause on behalf of his clients.  He should proceed with the response
to State Farm's [39] Motion to Change Venue.

  Accordingly, **IT IS ORDERED**:

  Plaintiffs' [42] Motion to Consolidate Briefing is **DENIED**;

  Plaintiffs' [43] Motion to Hold in Abeyance the [39] Motion to Change Venue is
**DENIED**.

  **SO ORDERED** this the 17th day of November, 2006.


       s/ *L. T. Senter, Jr.*
       L. T. Senter, Jr.
       Senior Judge